# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *  *
                                    *
COMPULINE INTERNATIONAL, INC.,      *
                                    *
           Plaintiff,               *
                                    *
    v.                              *   No. 19-660C
                                    *   Filed: May 6, 2019
UNITED STATES,                      *
                                    *
           Defendant.               *
                                    *
* * * * * * * * * * * * * * * *  *  *
```

## ORDER

The court is in receipt of the plaintiff's April 30, 2019 complaint. The complaint was filed pro se and signed by "Gadema Quoquoi." Pursuant to Rule 83.1(a)(3) of the Rules of the United States Court of Federal Claims (2018), "[a]n individual who is not an attorney may represent oneself or a member of one's immediate family, but may not represent a corporation, an entity, or any other person in any proceeding before this court. The terms counsel, attorney, and attorney of record include such individuals appearing *pro se*." (emphasis added). As Gadema Quoquoi is attempting to represent Compuline International, Inc. in a pro se capacity, the court **ORDERS** that this case be **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

_____
**MARIAN BLANK HORN**
Judge

7018 0040 0001 1393 0498